DAVID B. BARLOW, United States Attorney (#13117)
PAIGE PETERSEN, Assistant United States Attorney (Licensed in New York
State, Provisionally Admitted in Utah)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924
email: paige.petersen@usdoj.gov

FILED
U.S. DISTRICT COURT

2012 DEC -5  P 3: 35

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | VIOLATIONS |
| | | 18 U.S.C. § 922(g)(1), Felon in |
| vs. | : | Possession of Firearms (Count 1); |
| | | 18 U.S.C. § 922(j), Possession of |
| RYAN HORROCKS, | : | Stolen Firearms (Count 2); |
| | | 18 U.S.C. § 922(g)(1), Felon in |
| Defendant. | : | Possession of Ammunition (Count 3); |
| | : | 18 U.S.C. § 922(j), Possession of Stolen Ammunition (Count 4). |

The Grand Jury Charges:

## COUNT I
(Felon in Possession of Firearms)

On or about and between February 4, 2012 and May 14, 2012, in the Central

Division of the District of Utah,

Case: 2:12-cr-00752
Assigned To : Sam, David
Assign. Date : 12/05/2012
Description: USA v.

RYAN HORROCKS,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly receive and possess in and affecting interstate commerce firearms, to wit: an Ithaca shotgun and a Ducks Unlimited rifle; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
(Possession of Stolen Firearms)

On or about and between February 4, 2012 and May 14, 2012, in the Central Division of the District of Utah,

RYAN HORROCKS,

defendant herein, did knowingly receive and possess stolen firearms, which firearms had been shipped or transported in interstate commerce, to wit: an Ithaca shotgun and a Ducks Unlimited rifle, knowing and having reasonable cause to believe the firearm had been stolen; all in violation of 18 U.S.C. § 922(j).

## COUNT III
(Felon in Possession of Ammunition)

On or about and between February 4, 2012 and May 15, 2012, in the Central Division of the District of Utah,

RYAN HORROCKS,

defendant herein, having been convicted of a crime punishable by imprisonment

for more than one (1) year, did knowingly receive and possess in and affecting interstate commerce ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT IV
(Possession of Stolen Ammunition)

On or about and between February 4, 2012 and May 15, 2012, in the Central Division of the District of Utah,

RYAN HORROCKS,

defendant herein, did knowingly receive and possess stolen ammunition, which ammunition had been shipped or transported in interstate commerce, knowing and having reasonable cause to believe the ammunition had been stolen; all in violation of 18 U.S.C. § 922(j).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

PAIGE PETERSEN
Assistant United States Attorney

3